UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

July 26, 2013

Eric Lopez Schnabel
Robert W. Mallard
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Annette W. Jarvis
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

William L. Fillmore
Joseph M. Hepworth
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604

Blake S. Atkin
ATKIN LAW OFFICES, P.C.
7579 North West Side Highway
Clifton, Idaho

Attorneys for Wavetronix LLC,

Natasha M. Songonuga
GIBBONS P.C.
1000 N. West Street
Suite 1200
Wilmington, DE 19801-1058

Brian J. McMahon
Jennifer A. Hradil
Joshua R. Elias
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310

Counsel to James R. Zazzali,
as trustee for the DBSI
Estate Litigation Trust, and
to Conrad Myers, as trustee
for the DBSI Liquidating Trust

Re:  JAMES R. ZAZZALI, as Trustee of the DBSI Estate Litigation
     Trust created by operation of the Second Amended Joint Chapter
     11 Plan of Liquidation; and CONRAD MYERS, as Trustee of the
     DBSI Liquidating Trust created by operation of the Second
     Amended Joint Chapter 11 Plan of Liquidation v. WAVETRONIX
     LLC, DAVID V. ARNOLD, LINDA S. ARNOLD, MICHAEL JENSEN, JOHN
     DOES 1-50, and ABC Entities 1-50
     Adv. Proc. No. 10-55963

Dear Counsel:

2

      This is with respect to Defendant Wavetronix' motion for leave to amend answer to first amended complaint. (Doc. # 340) I have reviewed a marked-up version of the amended answer. (Doc. # 340-1, pp. 54-116)

      For the following briefly stated reasons, I will grant the motion.

      I find that the vast majority of the changes are stylistic changes. For example, see paragraphs 496 and 512.

      The only substantive changes are in the affirmative defenses in paragraphs (p) and (r) thru (u). I assume that much of this has already been the subject of the Trustees' discovery to date. If not, then I view this amendment is an invitation to the Trustees to conduct discovery with respect to these new affirmative defense allegations.

      **SO ORDERED.**

      Very truly yours,

      */s/ Peter J. Walsh*

      Peter J. Walsh

PJW:ipm